sion, Second Department. December 3, 1909.) Action by Wilhelmine Hoffman against Bertha Wulstein. No opinion. Motion denied, without costs, on condition that the defendant perfect her appeal by December 9th; otherwise, motion granted, with $10 costs.

---

HOLLY v. HEALY. (Supreme Court, Appellate Term. November 12, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by William C. Holly against Owen D. Healy. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered. Frederick W. Block, for appellant. James C. Brady, for respondent.

PER CURIAM. The answer of the defendant, attempting to plead the statute of limitations, is fatally defective, in that it fails to allege that six years had elapsed prior to the commencement of the action and since the cause of action accrued. It was not, therefore, available to the defendant as a defense, and the dismissal of the plaintiff's complaint was error. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

HOLMES, Respondent, v. HEMSTREET, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Clara E. Holmes against Alfred Hemstreet. No opinion. Judgment and order reversed, as against the weight of evidence, and a new trial granted, with costs to appellant to abide event.

---

HOLMES, Respondent, v. SEABOARD CEMENT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by John T. Holmes against the Seaboard Cement Company and others. C. J. Hardy, for appellants. G. A. Strong, for respondent. No opinion. Judgment (63 Misc. Rep. 82, 116 N. Y. Supp. 524) affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

HOPKINS v. SNYDER et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Bartholomew Hopkins against Bernard Snyder and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re HOTCHKISS. (Supreme Court, Appellate Division, First Department. December 3, 1909.) In the matter of William A. Hotchkiss. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HOWARD v. BEEDLE et al. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Nora Howard against Mary Beedle and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

HUBBARD, Appellant, v. CITY OF PORT JERVIS, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by George J. Hubbard against the City of Port Jervis. No opinion. Judgment affirmed, with costs. See, also, 131 App. Div. 911, 115 N. Y. Supp. 1125.

---

HUGHES, Appellant, v. MATHUSHEK & SON PIANO CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Ann Hughes against the Mathushek & Son Piano Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

HURD, Respondent, v. CHAMBERLAIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by William B. Hurd, Jr., as committee, etc., of Sarah E. Maurice, an incompetent person, against Charles M. Chamberlain and another. No opinion. Judgment and orders affirmed, with costs.

---

HURLEY, Respondent, v. OLCOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Thomas F. Hurley against J. Van V. Olcott and others, as receivers and trustees of Milliken Bros., Inc. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 119 N. Y. Supp. 430.

---

HYLAND, Respondent, v. BAKER & SHEVLIN CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Action by Mary E. Hyland, as administratrix, etc., of John M. Hyland, deceased, against the Baker & Shevlin Company. No opinion. Motion denied.

---

HYLAND, Respondent, v. BAKER & SHEVLIN CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Mary Hyland, as administratrix, etc., against the Baker & Shevlin Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

ISOLA, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Tommaso Isola, an infant, by his guardian ad litem, against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied, with costs. See, also, 118 N. Y. Supp. 888.

---

In re IVIE. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) In the matter of the application of William G. Ivie, for the removal, etc., of Charles H. Bunnell and Ida C. L. Bunnell. No opinion. Appeal dismissed, with $10 costs and dis-